THE STATE EX REL. FAISON, APPELLANT, *v.* MAHONING
COUNTY BOARD OF ELECTIONS, APPELLEE.

[Cite as *State ex rel. Faison v. Mahoning Cty. Bd.
of Elections,* 120 Ohio St.3d 85, 2008-Ohio-5144.]

(No. 2008-1750—Submitted September 30, 2008—Decided October 3, 2008.)

---

{¶ 1} The motion to expedite is granted, and the judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., concur.

LANZINGER and CUPP, JJ., would deny the motion to expedite.

---

Percy Squire Co., L.L.C., and Percy Squire, for appellant.